# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISIS JERMAINE CALLOWAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. K. SCRIBNER, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00803 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION<br><br>[ECF No. 47] |

　　　　Plaintiff Jamisis Jermaine Calloway ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 17, 2011.[1]

　　　　On May 9, 2013, Plaintiff filed a motion for reconsideration of the Court's March 11, 2013, order granting Defendant Chen's motion to dismiss. The undersigned denied the motion for reconsideration on August 25, 2014. On September 12, 2014, Plaintiff filed a motion for reconsideration by the district judge of the undersigned's order denying his motion for reconsideration. Plaintiff is advised that this case has been referred to the undersigned to conduct any and all proceedings, including entry of judgment, insofar as both parties have consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c). According to 28 U.S.C. § 636(c)(3) and Local Rule 305(c), Plaintiff's avenue is to seek relief with the Ninth Circuit Court of Appeals.

---

[1] On June 1, 2011, Plaintiff consented to the jurisdiction of the Magistrate Judge. On February 21, 2013, and February 26, 2013, Defendants Allison, Salama, and Chen consented to the jurisdiction of the Magistrate Judge.

**ORDER**

Based on the foregoing, Plaintiff's motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated: **October 15, 2014**          /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE